# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF SOUTH CAROLINA
# COLUMBIA DIVISION

| | |
|---|---|
| **Cedric Peyton,** ) | C.A. No.: 3:12-CV-01752-JFA |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| vs. ) | ORDER |
| ) | |
| **Willie Lee Jackson and** ) | |
| **Wheelwright Trucking** ) | |
| **Company, Inc.,** ) | |
| ) | |
| **Defendants.** ) | |
| _____) | |

The Plaintiff, Cedric Peyton, with consent of the Defendants, moves for remand of this action to the Court of Common Pleas for Richland County, South Carolina based on the Stipulation of Plaintiff that the amount in controversy does not exceed the sum or value of $75,000.00, exclusive of interest and costs, as required to give this Court original jurisdiction pursuant to 28 U.S.C. § 1332.

**NOW, THEREFORE,**

**IT IS HEREBY ORDERED** that this Court lacks original jurisdiction as the amount in controversy does not exceed $75,000.00, exclusive of interest and costs, pursuant to 28 U.S.C. § 1332, and

**IT IS FURTHER ORDERED** that this matter be and hereby is remanded to Court of Common Pleas for Richland County, South Carolina forthwith.

IT IS SO ORDERED.

August 30, 2012                                            Joseph F. Anderson, Jr.
Columbia, South Carolina                         United States District Judge